IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERIC GILSON,

    Plaintiff,

  v.

CITY OF MARTINEZ; MARTINEZ POLICE DEPARTMENT; GARY D. PETERSON; GLENN WALKUP; and DOES 1 through 50, inclusive,

    Defendants.

No. C 13-02414 WHA

**ORDER RE REQUEST FOR STAY**

The case management conference, set for August 22, 2013, will go forward as scheduled. The parties' proposed stay of discovery will be discussed at that time. Counsel shall please come to the hearing with points and authorities to support the proposition that *Younger v. Harris*, 401 U.S. 37 (1971), would prevent this Court from allowing this civil action to go forward.

**IT IS SO ORDERED.**

Dated: July 1, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE