1

2

3

4

5

6                      IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   ERIC GILSON,                                    No. C 13-02414 WHA

11              Plaintiff,

12       v.                                          **ORDER RE REQUEST FOR STAY**

13   CITY OF MARTINEZ; MARTINEZ
     POLICE DEPARTMENT; GARY D.
14   PETERSON; GLENN WALKUP; and
     DOES 1 through 50, inclusive,
15
16              Defendants.
                                            /
17

18          The case management conference, set for August 22, 2013, will go forward as scheduled.

19   The parties' proposed stay of discovery will be discussed at that time.  Counsel shall please

20   come to the hearing with points and authorities to support the proposition that *Younger v. Harris*,

21   401 U.S. 37 (1971), would prevent this Court from allowing this civil action to go forward.

22

23          **IT IS SO ORDERED.**

24

25   Dated:  July 1, 2013.

26                                                  WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE
27

28

United States District Court
For the Northern District of California